THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Rufus Julius Anderson,       
Appellant.
 
 
 

Appeal From Greenville County
C. Victor Pyle, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-124
Submitted December 23, 2003  Filed 
 February 25, 2004 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender 
 Wanda H. Haile, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: Rufus Anderson (Appellant) pled 
 guilty to resisting arrest, purse snatching, receiving stolen goods, malicious 
 injury to personal property, possession of a stolen motor vehicle, financial 
 transaction card fraud, financial transaction card theft, and three counts of 
 attempted financial transaction card fraud.  He was sentenced to an aggregate 
 period of twenty years imprisonment.  On appeal, counsel for Appellant has filed 
 a brief pursuant to Anders v. California, 386 U.S. 738 (1967), asserting 
 that there were no meritorious grounds for appeal and requesting permission 
 to withdraw from further representation.  Appellant has not filed a pro 
 se response.  
After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.